IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DEBRA GARRICK,**                                    3:10-CV-00648-AC

       **Plaintiff,**                           ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       **Defendant.**

**BROWN, Judge.**

    Magistrate John V. Acosta issued Findings and Recommendation (#24) on October 27, 2011, in which he recommends this Court affirm the decision of the Commissioner. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-*

1 - ORDER

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#24). Accordingly, the Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 12th day of January, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2  - ORDER