IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DEBRA GARRICK,**                                                3:10-CV-00648-AC

        **Plaintiff,**                                          **JUDGMENT**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

        **Defendant.**

    Based on the Court's Order (# 26 ) issued January 12, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 12th day of January, 2012.

                                                      /s/ Anna J. Brown
                                                  _____
                                                   ANNA J. BROWN
                                                   United States District Judge

1 - JUDGMENT