IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DEBRA GARRICK,** | 3:10-CV-00648-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

Based on the Court's Order (# 26 ) issued January 12, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 12th day of January, 2012.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT